1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA          )
                                  )
                                  )
              vs.                 )
                                  )          2:09-CR-225-GMN-GWF
                                  )
VALERIE BOSTON,                   )
                                  )
              Defendant.          )          **ORDER**
_____)

    The Court having reviewed the letters from Defendant, Valerie Boston, dated June 17, 2010, and Deputy Defender Penny R. Beardslee dated June 22, 2010, as well as the Financial Affidavit of Defendant, Valerie Boston, and good cause appearing,

    IT IS HEREBY ORDERED that the Federal Public Defender is reappointed in place of Steven Schard and local counsel Lisa Rasmussed as counsel for Valerie Boston.

    IT IS FURTHER ORDERED that attorney Steven Schard shall forward the file to the Federal Public Defender forthwith.

    A copy of the letters shall be filed along with the Financial Affidavit which shall be filed under seal.

    DATED this 7th day of July, 2010.

_____
Gloria M. Navarro
United States District Judge